

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-14-00378-CR

Roberto **GARCIA**, Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 79th Judicial District Court, Brooks County, Texas
Trial Court No. 13-04-10924-CR
Honorable Richard C. Terrell, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. In response to appellant's objections filed February 6, 2015, this court may consider anything contained within a supplemental reporter's record that is relevant to the court's decision. *See* TEX. R. APP. P. 34.6(d). Therefore, appellant's objection is overruled.

SIGNED May 13, 2015.

_____
Jason Pulliam, Justice